# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION


UNITED STATES OF AMERICA                                    PLAINTIFF


v.                        NO. 4:14-cr-00007-SWW-1


JARED TUMBLESON                                            DEFENDANT


### ORDER

The Court was well underway in preparing a recommended disposition of the motion to quash search warrant and suppress evidence filed by defendant Jared Tumbleson ("Tumbleson") when he filed the pending motion to re-open the record and for permission to offer evidence discrediting rebuttal testimony. See Document 31. In the motion to re-open, he asked that the record be re-opened and he be permitted to offer photographs of the house at 8427 Highway 254, Dennard, Arkansas ("8427 house"). He maintained that the 8427 house is a "white and brown house with brown trim and a white shingle roof and [is] identified with the numbers: 8427," see Document 31 at 2, and the photographs confirm those facts. He maintained that the photographs rebut the testimony of ATF agent Warren Newman, who testified during the hearing on Tumbleson's motion to quash that the 8427 house was not marked with numbers.

The Government filed a response to Tumbleson's motion to re-open. In the response, the Government maintained that it was prepared to offer the testimony of several witnesses, each of whom would testify that no numbers were ever observed on the 8427 house.

The Court finds it best to proceed in the following manner: the parties are ordered to file a joint stipulation. In the joint stipulation, the parties will set forth their agreement concerning the Court's consideration of the additional evidence each party seeks to add to the record.[1] In the event a joint stipulation cannot be agreed to, each party will file a separate response outlining that party's view of the opposing party's proposed evidence. The parties are given up to, and including, Monday, December 22, 2014, to either file the joint stipulation or, if a joint stipulation cannot be agreed to, a separate response. Thereafter, the Court will determine whether a supplemental hearing will be required before entering a recommended disposition of the motion to quash and suppress evidence.

IT IS SO ORDERED this ___12___ day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] For instance, the party might stipulate that the witnesses will testify as expected, or the photographs are those of the 8427 house, but disagree as to the truth of those representations.

-2-