IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                        PLAINTIFF

v.                              NO. 4:14-cr-00007-01-SWW

JARED TUMBLESON                                                                                  DEFENDANT

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the relevant record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to quash search warrant and to suppress evidence seized pursuant to that warrant is denied. See Document 16.

IT IS SO ORDERED this 29th day of January, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE