# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                               No. 4:14CR00007-001

JARED TUMBLESON                                                          DEFENDANT

## ORDER

Pending before the Court is a sealed motion. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the sealed motion [doc #73] is ***granted***.

DATED this 10th day of May 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE